UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| **WILLIAM H. DEMARCUS, III,**<br>Individually and in his capacity as executor of William H. DeMarcus, Jr.'s estate<br>    Plaintiff,<br><br>V.<br><br>**HOMESTEADIDENCE OPCO, LLC d/b/a Homestead Post Acute,**<br>    Defendant. | CIVIL ACTION NO. 5:22-cv-32-KKC<br><br><br><u>**JUDGMENT**</u> |

\*\*\* \*\*\* \*\*\*

In accordance with the opinion and order entered today, the Court hereby ORDERS and ADJUDGES as follows:

1) Homestead's motion to dismiss (R. 4) is GRANTED as follows:

   a) DeMarcus's claims under subsections 12, 18, 19, 20, and 22 of Ky. Rev. Stat. § 216.515 (the "Nursing Home Patients' Bill of Rights") and his claim for breach of contract are DISMISSED with prejudice for failure to state a claim.

   b) Count One and DeMarcus's claim under subsection 6 of the Nursing Home Patients' Bill of Rights are DISMISSED without prejudice for failure to file a certificate of merit as required by Ky. Rev. Stat. Ann. § 411.167(1).

2) This matter is DISMISSED and STRICKEN from the Court's active docket; and

3) This judgment is FINAL and APPEALABLE.

This 29th day of August, 2022.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY